# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAL CHERGI, )<br>             ) <br>   Plaintiff, ) <br>             ) <br>vs.          ) <br>             ) <br>HARRAH'S ENTERTAINMENT, INC., ) <br>             ) <br>   Defendant. ) | Case No. 2:12-cv-00142-JCM-CWH <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion to Add Party (#2), filed on February 10, 2012.

It appears that Plaintiff's motion is an attempt to amend his complaint to add a party. However, Plaintiff did not attach a copy of the amended pleading so the motion is not complete. *See* Local Rule ("LR") 15-1(a) ("Unless otherwise permitted by the Court, the moving party shall attach the proposed amended pleading to any motion to amend, so that it will be complete in itself without reference to the superseding pleading."). Additionally, on August 6, 2012, the undersigned recommended that the complaint be dismissed with prejudice. (#12). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Add Party (#2) is **denied**.

DATED this 14th day of August, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge