# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL CHERGI,

    Plaintiff,

vs.

HARRAH'S ENTERTAINMENT, INC.,

    Defendant.

Case No. 2:12-cv-00142-JCM-CWH

**ORDER**

This matter is before the Court on Plaintiff's Motion for Seizure and Conveyance of Land (#9), filed August 22, 2012.

Plaintiff appears to be requesting that the Court seize and convey all of the assets Caesars Entertainment to him. Plaintiff has provided no points or authorities in support of this request. While courts construe pro se pleadings liberally, the Ninth Circuit has held that "[p]ro se must follow the same rules of procedure that govern other litigants." *E.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Pursuant to this Court's Local Rules, "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." *See* LR 7-2(d). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Seizure and Conveyance of Land (#9) is **denied**.

DATED this 26th day of September, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge