# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL CHERGI, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-00142-JCM-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HARRAH'S ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion in Support of Order Denying Motion for Seizure and Conveyance of Land (#15), filed October 9, 2012. Plaintiff appears to be requesting that the Court reconsider its order denying a prior motion (#9). *See* Order (#12). However, on October 5, 2012, this case was dismissed with prejudice. Thus, this case is closed and Plaintiff's motion (#15) is moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Support of Order Denying Motion for Seizure and Conveyance of Land (#15) is **denied**.

DATED this 16th day of October, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge